2010-11605 "G"

LNHA LIABILITY TRUST

VS.

BRITISH-AMERICAN INSURANCE GROUP
LTD, PETER A.T. MYRTLE, GABRIEL
CASSAGNE AND NORTH AMERICAN
CAPACITY INSURANCE COMPANY

NO._____SECT._____

22nd JUDICIAL DISTRICT COURT

PARISH OF ST. TAMMANY

STATE OF LOUISIANA

FILED MAR 0 9 2010

MALISE PRIETO- CLERK
Deputy _____

**PETITION FOR DAMAGES**

The petition of LNHA Liability Trust, formerly known as Louisiana Nursing Home Association Malpractice and General Liability Trust, (referred to herein as the "Trust"), a Professional and General Liability Trust formed pursuant to Revised Statutes 22:5 and domiciled in the Parish of East Baton Rouge, State of Louisiana, respectfully represents that:

1.

The following parties are made defendants herein:

(1) BRITISH-AMERICAN INSURANCE GROUP, LTD.,(referred to herein as "BAIG") domiciled in the Parish of St. Tammany, State of Louisiana, with Peter A.T. Myrtle as its registered agent for service of process and

(2) PETER A.T. MYRTLE, a resident of and domiciled in the Parish of St. Tammany, in Covington, Louisiana.

(3) GABRIEL CASSAGNE, 503 S. Commerce Street, Natchez, MS 39120, who may be served through the Louisiana Long Arm Statute.

(4) NORTH AMERICAN CAPACITY INSURANCE COMPANY, also known as COLEMONT INSURANCE BROKERS, domiciled in the Parish of East Baton Rouge, State of Louisiana, with the Secretary of State as its Agent for Service of Process.

2.

The above defendants are liable to the plaintiff herein jointly, severally, and *in solido* in the full and true sum of $1,086,647.90 plus judicial interest and any additional sums or damages allowed by law, for the following particulars:

3.

BAIG is the broker for certain London reinsurance companies and brokers, who reinsure by contract the Trust coverages.

4.

BAIG was the representative of various London market interests and received payments of deposit premiums, adjusted premiums and final premiums from the Trust over several years.

5.

For the coverage year 2006-2007, the plaintiff paid to BAIG for transmittal to its London market reinsurers several million dollars in deposit premiums and further paid adjusted premiums of $536,989.30 for reinsurance coverage for the 2006-2007 coverage period (10-1-2006 to 10-1-2007)

6.

Plaintiff also paid to BAIG for transmittal to its London market reinsurers several million dollars in deposit premiums for reinsurance coverage for the 2007-2008 coverage period (10-1-2007 to 10-1-2008) and then paid an additional adjustment premium during the year of $549,658.60.

7.

In accordance with the terms and conditions of the reinsurance coverage agreement, the plaintiff had the option or right to commute or accept all losses and receive a refund of the difference between the deposit premium and the minimum premium as defined in the reinsurance contract for each of the years referred to in paragraphs 5 and 6 above.

8.

The Trust requested from the reinsurers that the 2006-2007 coverage period as well as the 2007-2008 coverage period be commuted in order that it could receive a refund of the difference between the deposit premium and the minimum premium, but has been given reason to believe it could not receive $1,086.647.90 due and owing to it under the reinsurance contracts because BAIG and/or one or more of its employees negligently or otherwise mishandled the funds.

9.

Plaintiff specifically alleges that it had requested from the reinsurers a return of the difference between the deposit premium and the minimum premium pursuant to the contract, and the reinsurers agreed to return the difference due and owing under the terms of the reinsurance contracts. Reinsurers and/or other parties have represented to the Trust that they have not received the adjusted deposit premium of $536, 989.30 for the 2006-2007 coverage period and $549,658.60 for the 2007-2008 coverage period which was paid to BAIG on behalf of the Trust.

10.

The plaintiff alleges on information and belief after Inquiry with third parties that Peter A.T. Myrtle either negligently lost the funds or mishandled them and failed to properly account for the funds, and/or that BAIG and/or its President, Gabriel Cassagne, negligently, carelessly and without proper supervision, failed to supervise the actions or inactions of its employee, Peter A.T. Myrtle, who either negligently lost the funds or mishandled and failed to properly account for the funds, which third parties allege are not available for reimbursement or refund to the plaintiff.

11.

Plaintiff specifically alleges that the defendants are negligent in that they failed to properly manage funds, failed to supervise its employees, accountants, money managers, and others and failed to properly account for the funds that are owed to the LNHA Liability Trust in the amount of $1,086, 647.90.

12.

It is specifically alleged that the defendant, North American Capacity Insurance Company, also known as Colemont Insurance Brokers, insured British-American Insurance Group, LTD., Gabriel Cassagne, and Peter A.T. Myrtle from any and all insurance, agents, brokers, errors and omissions liability and therefore is responsible for the plaintiffs losses because its insureds, BAIG and/or Gabriel Cassagne, and Peter A.T. Myrtle failed to properly manage, supervise, handle, and negligently lost the funds in question and are therefore jointly liable with the remaining defendants.

WHEREFORE, after due proceedings had plaintiff demands there be judgment herein in favor of LNHA Liability Trust and against British-American Insurance Group, LTD., Gabriel Cassagne, Peter A.T. Myrtle, and North American Capacity Insurance Company also known as Colemont Insurance Brokers, jointly, severally, and *in solido* of the full and true sum of $1,086,647.90 plus interest from date of judicial remand until paid, for any additional sums or damages allowed by law, and for all cost of these proceedings.

Respectfully submitted,

WATSON, BLANCHE, WILSON & POSNER, LLC
505 North Boulevard (70802)
Post Office Drawer 2995
Baton Rouge, Louisiana 70821-2995
(225) 387-5511 Facsimile: (225) 387-5972

By: _____
William E. Scott, III (LA Bar Roll No. 11886)
Peter T. Dazzio (LA Bar Roll No. 4757)
*Attorneys for Plaintiff LNHA Liability Trust*

**PLEASE SERVE DEFENDANTS:**
British-American Insurance Group, LTD
through its agent for Service of Process:
Peter A.T. Myrtle
115 Golfers Drive
Covington, Louisiana 70433

Peter A.T. Myrtle
115 Golfers Drive
Covington, Louisiana 70433

Gabriel Cassagne
through Louisiana Long Arm Statute, 22:651
at 503 S. Commerce Street
Natchez, MS 39120

North American Capacity Insurance Company
also known as Colemont Insurance Company
through its agent for Service of Process:
LA Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809